MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:      (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
BRYAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR.S-11-0428 GEB |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE STATUS |
| v. | ) CONFERENCE |
| | ) |
| | ) Date: January 27, 2012 |
| | ) Time: 9:00 a.m. |
| BRYAN SMITH | ) Judge: Hon. Garland E. Burrell |
| | ) |
| Defendant. | |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Richard Bender, Assistant United States Attorney, attorney for plaintiff; Michael E. Hansen, attorney for defendant Robert Klaus; Mark Reichel, attorney for defendant Bryan Smith; Steven Bauer, attorney for defendant Kelly Smith; Timothy Zindel, Assistant Federal Defender, attorney for defendant Daniel Goldsmith; William Bonham, attorney for defendant Bruce Goldsmith; and Stanley Kubochi, attorney for defendant Ryder Phillips, that the previously-scheduled status conference date of January 13, 2012, be vacated and the matter set for status conference on January 27, 2012,

Stip To January 27, 2012

1 at 9:00 a.m.

2     This continuance is requested to allow counsel additional time to

3 review discovery with the defendants, to examine possible defenses and

4 to continue investigating the facts of the case. Plea negotiations are

5 expected to commence prior to the proposed status conference date.

6 The Government concurs with this request.

7     Further, the parties agree and stipulate the ends of justice

8 served by the granting of such a continuance outweigh the best

9 interests of the public and the defendants in a speedy trial and that

10 time within which the trial of this case must be commenced under the

11 Speedy Trial Act should therefore be excluded under 18 U.S.C. section

12 3161(h)(7)(B)(iv), corresponding to Local Code T-4 (to allow defense

13 counsel time to prepare), from the date of the parties' stipulation to

14 and including January 27, 2012.

15     Accordingly, the parties respectfully request the Court adopt this

16 proposed stipulation.

17     IT IS SO STIPULATED.

18 Dated: January 10, 2012     Respectfully submitted,

19     /s/ *MARK J. REICHEL* FOR
    MICHAEL E. HANSEN
20     Attorney for Defendant
    ROBERT KLAUS
21

22 Dated: January 10, 2012     /s/ *MARK J. REICHEL*
    MARK REICHEL
    Attorney for Defendant
23     BRYAN SMITH

24 Dated: January 10, 2012     /s/ *MARK J. REICHEL* for
    STEVEN BAUER
25     Attorney for Defendant
    KELLY SMITH

26

27

28

Stip To January 27, 2012

2

```
 1   Dated: January 10, 2012          DANIEL J. BRODERICK
                                      Federal Defender
 2
                                      By:  /s/ MARK J. REICHEL for
 3                                    TIMOTHY ZINDEL
                                      Assistant Federal Defender
 4                                    Attorney for Defendant
                                      DANIEL GOLDSMITH
 5
     Dated: January 10, 2012          /s/ MARK J. REICHEL for
 6                                    WILLIAM BONHAM
                                      Attorney for Defendant
 7                                    BRUCE GOLDSMITH

 8   Dated: January 10, 2012          /s/ MARK J. REICHEL for
                                      STANLEY KUBOCHI
 9                                    Attorney for Defendant
                                      RYDER PHILLIPS
10
     Dated:  November 5, 2010         BENJAMIN B. WAGNER
11                                    United States Attorney

12                                    By:  /s/ MARK J. REICHEL for
                                      RICHARD BENDER
13                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
```

[PROPOSED] ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

Stip To January 27, 2012

The Court orders that the time from the date of the parties' stipulation, January 10, 2012, to and including January 27, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare).  It is further ordered that the January 13, 2012 status conference shall be continued until January 27 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  January 12, 2012

GARLAND E. BURRELL, JR.
United States District Judge