William E. Bonham, SB# 55478
Hotel de France Bldg., Old Sacramento
916 Second Street, 2nd Floor, Ste. A
Sacramento, California 95814
Telephone: (916) 557-1113
Facsimile: (916) 557-1118
Email: billbonham@mylaw.comcastbiz.net

Attorney for: Bruce Goldsmith

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 11-CR-428 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE STATUS |
| v. ) | CONFERENCE |
| ) | |
| SMITH et al. ) | |
| ) | |
| Defendants. ) | |

The defendants, Bryan Smith, Kelly Smith, Daniel Goldsmith, Bruce Goldsmith, Robert Klaus and Ryder Phillips, by and through their undersigned counsels, and the United States, through its undersigned counsel, hereby agree and request the status conference currently set for Friday, January 27, 2012 at 9:00 am be vacated and continued until Friday, March 9, 2012 at 9:00 am.

This continuance is requested because plea offers were recently sent out by the government and defense counsel needs additional time to review the offers,

1

continue review of the voluminous discovery and meet with their respective clients, with an emphasis on determining whether to accept the offers.

The parties stipulate that time should be excluded under the Speedy Trial Act due to the needs of counsel for continued case preparation. Local Code T4 & 18 U.S.C § 3161 (h)(7)(B)(iv).

I, William E. Bonham, the filing party, have received authorization from AUSA Bender and co-counsel to sign and submit this stipulation and proposed order on their behalf.

Accordingly, the defense and the United States stipulate that the status conference for defendants Bryan Smith, Kelly Smith, Daniel Goldsmith, Bruce Goldsmith, Robert Klaus and Ryder Phillips, should be continued until Friday, March 9, 2011 at 9:00 am. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a Speedy Trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: January 25, 2012

            BENJAMIN B. WAGNER
            United States Attorney

            By:/s/ WILLIAM E. BONHAM for
            RICHARD BENDER
            Assistant U.S. Attorney

Dated: January 25, 2012      By:/s/ WILLIAM E. BONHAM for
            MARK REICHEL
            Counsel for Defendant Bryan Smith

| | | |
|---|---|---|
| Dated: January 25, 2012 | By:/s/ WILLIAM E. BONHAM for | |
| | STEVEN BAUER | |
| | Counsel for Defendant Kelly Smith | |

Dated: January 25, 2012                DANIEL J. BRODERICK
                                       Federal Defender

                                       WILLIAM E. BONHAM for
                                       TIMOTHY ZINDEL
                                       Assistant Federal Defender
                                       Attorney for Defendant Daniel Goldsmith

Dated: January 25, 2012                By:/s/ WILLIAM E. BONHAM for
                                       WILLIAM E. BONHAM
                                       Counsel for Defendant Bruce Goldsmith

Dated: January 25, 2012                By:/s/ WILLIAM E. BONHAM for
                                       MICHAEL E. HANSEN
                                       Counsel for Defendant Robert Klaus

Dated: January 25, 2012                By:/s/ WILLIAM E. BONHAM for
                                       A. STANLEY KUBOCHI
                                       Counsel for Defendant Ryder Phillips

## **ORDER**

IT IS SO ORDERED THAT THE status conference for defendants Bryan Smith, Kelly Smith, Daniel Goldsmith, Bruce Goldsmith, Robert Klaus and Ryder Phillips currently set for Friday, January 27, 2012 at 9:00 am is vacated and re-set to Friday, March 9, 2012 at 9:00 am.

I find that the continuance is necessary due to the needs of counsel for continued case preparation. Accordingly, time is excluded under the Speedy Trial Act from January 27, 2012 up to and including March 9, 2012, pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(7)(B)(iv). I find that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. § 3161(h) (7)(A).

Dated: 1/25/12

GARLAND E. BURRELL, JR.
United States District Judge