1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   DANIEL GOLDSMITH

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,      )  No. 2:11-cr-428 GEB
                                  )
14           Plaintiff,            )
                                  )  **STIPULATION AND ORDER**
15    v.                          )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
16 SMITH, et al.,                 )
                                  )
17           Defendants.           )  Date:  March 9, 2012
                                  )  Time:  9:00 a.m.
18 _____)  Judge: Garland E. Burrell, Jr.

21     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
22 of America, and defendants, through their respective attorneys, that the
23 status conference scheduled for March 9, 2012, may be continued to March
24 30, 2012, at 9:00 a.m.
25     All defense counsel continue to research and investigate legal and
26 factual issues. To afford time for necessary preparation and review, the
27 parties agree that time under the Speedy Trial Act should be excluded
28 through March 30, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that

the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: March 7, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for DANIEL GOLDSMITH

Dated: March 7, 2012 /s/ T. Zindel for M. Reichel
MARK REICHEL
Attorney for BRYAN SMITH

Dated: March 7, 2012 /s/ T. Zindel for W. Bonham
WILLIAM E. BONHAM
Attorney for BRUCE GOLDSMITH

Dated: March 7, 2012 /s/ T. Zindel for M. Hansen
MICHAEL E. HANSEN
Attorney for ROBERT KLAUS

Dated: March 7, 2012 /s/ T. Zindel for S. KUBOCHI
A. STANLEY KUBOCHI
Attorney for RYDER PHILLIPS

Dated: March 7, 2012 /s/ T. Zindel for H. GABLE
HAYES H. GABLE, III
Attorney for KELLY SMITH

BENJAMIN B. WAGNER
United States Attorney

Dated: March 7, 2012 /s/ T. Zindel for R. Bender
RICHARD BENDER
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 30, 2012, at 9:00 a.m. For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public

and the defendant in a speedy trial and therefore excludes time under the
Speedy Trial Act through March 30, 2012.

IT IS SO ORDERED.

Dated: March 7, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge