| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | RICHARD J. BENDER |
| | Assistant United States Attorneys |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2731 |
| | Facsimile: (916) 554-2900 |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 2:11-cr-428 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION SETTING MOTIONS SCHEDULE FOR DEFENDANT KELLY SMITH** |
| KELLY SMITH, | |
| Defendant, | |

At the last status conference on March 30, 2012, counsel for defendant Kelly Smith, (just recently appointed) requested a separate and later motions schedule prior to the agreed upon September 18, 2012 trial date. Instead of taking up everyone's time in open court coming up with a schedule, it was agreed that the interested parties would confer and submit a proposed order setting agreed upon dates. After conferring with counsel for defendant Kelly Smith, the following is the agreed upon schedule which is hereby submitted for the Court's approval:

    Motions due:    July 2, 2012

    Response:    July 27, 2012

    Reply:    August 17, 2012

    Hearing[1]    August 31, 2012 at 9:00 a.m.

---

[1] Hearing would be non-evidentiary with evidentiary hearing (if necessary) to be set at this hearing, unless the Court directs otherwise prior to the hearing.

Stipulation and Order setting motions schedule for
defendant Bruce Goldsmith

1

Therefore, it is respectfully submitted that the Court adopt the above schedule. [Speedy Trial Act time has already been excluded to the scheduled trial date.]

Dated: April 10, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

by: /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney

Dated: April 10, 2012

　/s/ Hayes H. Gable   (by RJB)
HAYES H. GABLE
Attorney for Kelly Smith

**ORDER**

It is SO ORDERED,

**Date: 4/10/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order setting motions schedule for
defendant Bruce Goldsmith

2