```
 1  MARK J. REICHEL, Esq SBN 155034
    455 CAPITOL MALL 3RD FLOOR
 2  Sacramento, California 95814
    Telephone: (916) 498 9258
 3

 4  Attorney for defendant
    BRYAN SMITH
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. S-11-428 GEB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER |
| | ADDING TERM TO PRETRIAL RELEASE |
| BRYAN SMITH, | |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America, through its undersigned counsel, Assistant U.S. Attorney Richard Bender, and defendant Bryan Smith, through his undersigned counsel, that the terms of defendant's pretrial release shall be modified to include the following term:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

This term is specifically requested by Pretrial Services Officer

Ms. Gaskins.

Respectfully submitted,

Dated: April 7, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Richard J. Bender
                              _____
                              RICHARD BENDER
                              Assistant U.S. Attorney


Dated: April 7, 2012          /s/  Mark J. Reichel
                              _____
                              MARK J. REICHEL
                              Attorney for Defendant


**ORDER**

IT IS SO ORDERED.

Dated: April 10, 2012

                               /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE