MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF REICHEL & PLESSER
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California 95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
BRYAN SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br><br>BRYAN SMITH<br><br>        Defendants. | Case NO. CR-11-428 GEB<br><br>**STIPULATION TO CONTINUE MOTIONS HEARING DATE AND RE SET DATE FOR FILING DEFENSE REPLIES**<br><br>**DATE: July 6, 2012**<br>**TIME: 9:00 a.m.**<br>**JUDGE: HON. GARLAND E. BURRELL JR.** |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, RICHARD J. BENDER, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant, that the present dates for the motions hearing be re calendared for July 6, 2012.

The defense replies to the motions on file shall be filed by June 26, 2012.

Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through July 6, 2012 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4.

DATED: June 12, 2012.    Respectfully submitted,

MARK J. REICHEL, ESQ.

/s/ MARK J. REICHEL
MARK J. REICHEL
Attorney for defendant


BENJAMIN WAGNER
United States Attorney

DATED: June 12, 2012.    /s/MARK J. REICHEL for:
RICHARD J. BENDER
Assistant U.S. Attorney
Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that there is GOOD CAUSE for the continuance and the exclusion of time, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv) and Local Code T4.

Dated: June 12, 2012

GARLAND E. BURRELL, JR.
United States District Judge