1  MARK J. REICHEL, Bar #155034
   REICHEL & PLESSER L.L.P.
2  Attorneys At Law
   455 Capitol Mall, 3rd Floor, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 498-9258
4  Fax:       (916) 441-6553
   mark@reichellaw.com
5  www.reichelplesser.com

6

7  Attorney for Defendant
   BRYAN SMITH

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,   )
                               ) NO. CR.S-11-428 GEB
13           Plaintiff,        )
                               )
14    v.                       ) REQUEST AND DECLARATION OF
                               ) DEFENSE COUNSEL TO FILE
15                             ) DEFENDANT'S REPLY PLEADINGS
                               ) ON FRIDAY, JUNE 29, 2012
16 BRYAN SMITH ET AL           )
                               ) HEARING DATE REMAINS THE
17           Defendants.       ) SAME
   _____)
18                              Date:  July 6, 2012
                                Time:  9:00 a.m.
19                              Judge: Hon. Garland E.
                                       Burrell Jr.
20

21
        Defendant Bryan Smith, through counsel, hereby requests
22
   to file his Reply pleadings to the motions on file on June
23
   29, 2012.
24
        The Reply pleadings are currently due June 26, 2012.
25

26

27

28 Dispositive Pretrial Motion No. 3

Defense counsel submits the following in support:

The Motions are extensive, and the government and defense counsel both have previously been allowed additional time within which to file and Oppose the pleadings. Defense counsel was out of town June 11-18th, and returned to a very large and dispositive motion in a civil trial in Sacramento Superior Court having been filed in <u>Weinrick v. Snyder</u>, 34-2010-00071233. This motion, unexpected, has caused defense counsel to spend at least 3 days this week drafting the opposition. As well, defense counsel has extensive pleadings due in several federal criminal matters, and has had unexpected difficulty in getting the Reply pleadings on file in this case.

The delay was unexpected.

Defense counsel has contacted AUSA Rick Bender on two occasions, via e mail, and requested his agreement to this new date. I have not heard back from him.

I declare to the court that the foregoing is true and correct.

Dated June 27, 2012

*MARK J. REICHEL*
MARK J. REICHEL

It Is So Ordered.  Reply Pleadings in this case shall be on file June 29, 2012.

Dated: June 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge