BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>BRYAN SMITH,<br><br>    Defendant. | Case No. S 11-0428 GEB<br><br>STIPULATION EXTENDING THE TIME FOR THE GOVERNMENT TO RESPOND TO DEFENDANT'S MOTION TO ALLOW MENTAL HEALTH DEFENSE; ORDER |

The government's response to the defendant's motion to allow mental health defense is due on September 28, 2012. Because of other pressing work, government counsel needs an additional few days to finish the response and proposes that the due date be extended to Wednesday, October 3, 2012 (although government counsel hopes to file it earlier). Opposing counsel has been contacted and has no opposition to the request. No other changes in the schedule of the hearing of this motion are requested at this time. Therefore it is requested that the time for the government response to the defendant's motion be extended to October 3, 2012. [Speedy trial time has already been excluded.]

Dated: September 28, 2012   BENJAMIN B. WAGNER
               U.S. Attorney

               by /s/ Richard J. Bender
                 RICHARD J. BENDER
                 Assistant U.S. Attorney

It is SO ORDERED.

10/1/12               _____
                   GARLAND E. BURRELL, JR.
                   Senior United States District Judge