1  MARK J. REICHEL, State Bar #155034
   THE LAW OFFICES OF REICHEL & PLESSER
2  455 CAPITOL MALL, 3rd FLOOR, Suite 350
   Sacramento, California  95814
3  Telephone: (916) 498-9258
   FAX:        (916) 441-6553
4  mark@reichellaw.com
   www.reichellaw.com
5
   Attorney for Defendant
6  BRYAN SMITH

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )  Case NO. CR-11-428 GEB
                               )
12           Plaintiff,        )  **STIPULATION TO CONTINUE**
                               )  **MOTIONS HEARING DATE**
13      v.                     )
                               )  **DATE: October 19, 2012**
14                             )  **TIME: 9:00 a.m.**
                               )  **JUDGE: HON. GARLAND E.**
15 BRYAN SMITH                 )        **BURRELL JR.**
                               )
16           Defendants.
   _____

17
        **IT IS HEREBY STIPULATED** by and between the parties
18
   hereto through their respective counsel, RICHARD J. BENDER,
19
   Assistant United States Attorney, attorney for Plaintiff, and
20
   MARK J. REICHEL, Esq., attorney for defendant, that the
21
   present dates for the motions hearing be re calendared for
22
   October 19, 2012. The defense Reply shall be filed Monday
23
   morning at 9 a.m. October 15th.
24
        As motions are on file, and time has previously been
25
   excluded in this matter, there is no need for a further Order
26
   excluding time.
27

28

1

2   DATED: October 9, 2012.    Respectfully submitted,

3                              MARK J. REICHEL, ESQ.

4                              /s/ MARK J. REICHEL
                               MARK J. REICHEL
5                              Attorney for defendant

6

7                              BENJAMIN WAGNER
                               United States Attorney
8

9   DATED: October 9, 2012.    /s/MARK J. REICHEL for:
                               RICHARD J. BENDER
10                             Assistant U.S. Attorney
                               Attorney for Plaintiff
11
                                **O R D E R**
12
        **IT IS SO ORDERED.**  The hearing is re calendared for
13
    October 19, 2012.
14
    Dated:  October 9, 2012
15

16

17  GARLAND E. BURRELL, JR.
    Senior United States District
18  Judge

19

20

21

22

23

24

25

26

27

28

Stip and Order                        2