BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2731
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 2:11-CR-428 GEB |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION CONTINUING HEARING ON MOTION FOR LEAVE TO FILE LATE NOTICE OF MENTAL HEALTH TESTIMONY** |
| BRYAN SMITH, | |
| Defendant, | Present Hearing Date: 10/19/2012<br>Proposed Hearing Date: 10/26/2012 |

Government counsel has a scheduling conflict with the present (10/19/2012) hearing date on the defendant's motion for leave to file notice to present mental health testimony at trial, pursuant to Rule 12.2, F.R.Crim.P. Continuing the hearing date one week to 10/26/2012 at 9:00 a.m., would accommodate government counsel's conflict (which is an annual office management conference) and would not prejudice the present schedule of the case. The parties' memoranda (motion,

//
//
//
//
//

Stipulation and Order continuing hearing as to
defendant Bryan Smith

1

government's response, defendant's reply) have all been filed and the matter ready for a hearing. Defense counsel, Mark Reichel, Esq., has been contacted and has no objection to the request.

Dated: October 16, 2012     Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    by: /s/ Richard J. Bender
                                    RICHARD J. BENDER
                                    Assistant U.S. Attorney

Dated: October 16, 2012

                                    /s/ Mark Reichel   (by RJB)
                                      MARK REICHEL
                                    Attorney for Bryan Smith

## ORDER

It is SO ORDERED.

**Date: 10/16/2012**

                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge