1  BENJAMIN B. WAGNER
   United States Attorney
2  RICHARD J. BENDER
   Assistant U.S. Attorney
3  501 I Street, Ste. 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-CR-00428-GEB |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| BRYAN SMITH, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Bryan Smith, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 21 U.S.C. § 853(a), defendant Bryan Smith's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Approximately $145,522.70 of the $256,476.00 in U.S. Currency, plus any accrued interest, seized at Bryan Smith's residence located at 9700 Palazzo Court, Elk Grove, California, and

   b. Approximately $16,990.00 in U.S. Currency, plus any accrued interest, seized during the search of Bryan Smith and in Bryan Smith's truck located at his residence.

2. The above-listed property constitutes or is derived from proceeds obtained, directly or indirectly, as a result of the commission of violations of 21 U.S.C. §§ 841(a)(1) and 846.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service in its secure custody and control.

4. Within forty-five (45) days from entry of a Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the following assets to attorney Mark Reichel for defendant Bryan Smith to be paid to the California Franchise Tax Board for outstanding unpaid sales tax from sales at R & R Wellness marijuana dispensary during 2010 and 2011:

      a. Approximately $110,953.30 of the $256,476.00 in U.S. Currency seized at Bryan Smith's residence located at 9700 Palazzo Court, Elk Grove, California,

      b. Approximately $26,231.88 seized from Schools Financial Credit Union account number 3506708110, held in the name of Bryan A. Smith, and

      c. Approximately $12,814.82 seized from JP Morgan Chase Bank, account number 845341635, held in the name of R&R Collective, Inc.

These funds must be turned over to the State of California for the outstanding unpaid sales tax liability. None of these funds are to go to the defendant personally but rather to be used to pay this tax liability. If, for any reason, this cannot occur, the funds shall be returned and forfeited to the United States.

5. a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney

General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

      b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    6. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(a), in which all interests will be addressed.

    SO ORDERED.

Dated: April 29, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge