BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**ORIGINAL FILED**

MAY 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DANIEL GOLDSMITH,

Defendant.

CASE NO. 2:11-CR-0428 GEB

**AMENDED SEALING ORDER**

Upon application of the United States, and good cause having been shown, it is hereby ORDERED, that the Government's Sentencing Memorandum as to Defendant Daniel Goldsmith, the Addendum to the Plea Agreement and the government's Motion To Seal these documents (but not this Order) is hereby SEALED, pending further Order of Court.

Dated: May 10, 2013

GARLAND E. BURRELL, JR.
U.S. District Judge