BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00428-GEB |
|---|---|
| Plaintiff, | ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |
| v. | |
| BRYAN SMITH, | |
| Defendant. | |

The Preliminary Order of Forfeiture entered April 30, 2013, is hereby made final as to defendant Bryan Smith and shall be incorporated into the Judgment in a Criminal Case filed June 19, 2013.

SO ORDERED

**Date: 6/25/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge