BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:11-CR-00428-GEB |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| BRYAN SMITH, | |
| Defendant. | |

WHEREAS, on or about April 30, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a) based upon the plea agreement entered into between plaintiff and defendant Bryan Smith forfeiting to the United States the following property:

      a. Approximately $145,522.70 of the $256,476.00 in U.S. Currency, plus any accrued interest, seized at Bryan Smith's residence located at 9700 Palazzo Court, Elk Grove, California, and

      b. Approximately $16,990.00 in U.S. Currency, plus any accrued interest, seized during the search of Bryan Smith and in Bryan Smith's truck located at his residence.

AND WHEREAS, beginning on May 2, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

Final Order of Forfeiture

AND WHEREAS, the United States sent direct written notice or attempted direct written notice by certified mail to: Ashley Nicole Smith;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), to be disposed of according to law, including all right, title, and interest of Bryan Smith.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within forty-five (45) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the following assets to attorney Mark Reichel for defendant Bryan Smith to be paid to the California Franchise Tax Board for outstanding unpaid sales tax from sales at R & R Wellness marijuana dispensary during 2010 and 2011:

   a. Approximately $110,953.30 of the $256,476.00 in U.S. Currency seized at Bryan Smith's residence located at 9700 Palazzo Court, Elk Grove, California,

   b. Approximately $26,231.88 seized from Schools Financial Credit Union account number 3506708110, held in the name of Bryan A. Smith, and

   c. Approximately $12,814.82 seized from JP Morgan Chase Bank, account number 845341635, held in the name of R&R Collective, Inc.

These funds must be turned over to the State of California for the outstanding unpaid sales tax liability. None of these funds are to go to the defendant personally, but rather to be used to pay this tax liability. If, for any reason, this cannot occur, the funds shall be returned and forfeited to the United States.

SO ORDERED.

7/11/13

GARLAND E. BURRELL, JR.
Senior United States District Judge